# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>DNT PROPERTY INVESTMENTS LLC.,<br><br>Debtor.[1]<br><br>―――――――――――――――――――――<br><br>DNT PROPERTY INVESTMENTS, LLC<br><br>Movant,<br><br>v.<br><br>NO RESPONDENT. | Chapter 11<br><br>Case No. 24-20530-JCM<br><br>Doc. No.<br><br>Hearing Date: April 25, 2025<br><br>Hearing Time: 9:30 a.m.<br><br>Response Deadline: April 14, 2025 |

## **MOTION FOR FINAL DECREE**

AND NOW, comes DNT Property Investments, LLC (the "Debtor"), by and through counsel, and files this Motion for Final Decree and respectfully submits as follows:

1. The Debtor's Amended Chapter 11 Small Business Plan of Reorganization dated August 26, 2024 [Doc No. 122] was confirmed by the Court on October 10, 2024 [Doc No. 148].

2. The Debtor's Plan has been substantially consummated in that all deposits but for one potential receivable and initial distributions have been made and payments to all classes of creditors pursuant to the Plan have commenced and all other requirements in the post-confirmation Order [Doc No. 150] have been met to date.

3. Counsel's Final Application for Compensation [Doc No. 180] has been approved [Doc No. 188].

---

[1] The last four digits of the Debtor's EIN is: 0948.

10497411.1

4. All sales of the Debtor's assets have been consummated.

5. All outstanding motions have concluded.

6. As has been set forth herein, the Debtor and its counsel have fully complied with all of the provisions of the Post-Confirmation Order entered in this case.

7. The Debtor's Amended Chapter 11 Small Business Plan of Reorganization dated August 26, 2024 has been substantially consummated pursuant to 11 U.S.C. § 1101(2).

8. The Debtor desires the Court to enter a final decree to close this reorganization proceeding.

9. Attached hereto as Exhibit "A" is the completed Report for Bankruptcy Judges in Cases to be Closed.

WHEREFORE, Movant respectfully requests this Court to enter a Final Decree and to close this Chapter 11 reorganization proceeding.

Respectfully Submitted,

RAINES FELDMAN LITTRELL, LLP

*/s/* Jana S. Pail
Jana S. Pail Esq. (PA I.D.: 88910)
Harry Readshaw. (PA I.D.: 204287)
11 Stanwix Street Suite 1100
Pittsburgh, PA 15222
Tel: (412) 400-3833
JPail@Raineslaw.com
HReadshaw@Raineslaw.com
*Counsel to Debtor*

2

10497411.1