# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | CASE NO. 24-20118-JCM |
| DNT PROPERTY INVESTMENTS LLC., | : | |
| | : | |
| Debtor. | : | |

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

### CHAPTER 11 CASES

____**X**____ Plan Confirmed                    _____ Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was or is to be paid under the plan to the general unsecured class of creditors:  100 %.

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information and belief.

| | | |
|---|---|---|
| March 27, 2025 | Jana S. Pail | /s/ Jana S. Pail |
| Date | Preparer | Signature |

10497406.1